Robert W. **McLEMORE** and Lucile
McLemore, Appellants,

v.

**COMMISSIONER OF INTERNAL REVENUE**, Appellee.

No. 73–1907.

United States Court of Appeals,
Sixth Circuit.

Argued Feb. 5, 1974.

Decided May 3, 1974.

Louis E. Ackerson, Louisville, Ky., for appellants; Robert L. Ackerson, William J. Cooper, Jr., Louisville, Ky., on brief.

Murray S. Horwitz, Atty., Tax Div., Dept. of Justice, Washington, D. C., for appellee; Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Leonard J. Henzke, Jr., Attys., Dept. of Justice, Washington, D. C., on brief.

Before PHILLIPS, Chief Judge, LIVELY, Circuit Judge, and McALLISTER, Senior Circuit Judge.

PER CURIAM.

An income tax deficiency was assessed by the Commissioner against petitioners for the year 1965. Robert W. McLemore was the sole shareholder of two corporations. Lucile McLemore is a

---

1. Oliver D. Hamlin, Jr., United States Circuit Judge, sat with the original panel hearing this case. He died December 28, 1973. Because the remand requires of this court a ministerial act only, the surviving members of the panal have disposed of the case.

2. The Honorable E. Avery Crary, United States District Judge for the Central District of California, sitting by designation.

party solely because she filed a joint return with her husband. The deficiency arose from a series of financial transactions by Mr. McLemore and the two corporations which are described fully in the memorandum and opinion of Judge Fay of the Tax Court upholding the deficiency assessment. T.C.Memo 1973–59.

We have carefully considered the briefs and oral arguments of counsel for petitioners. We conclude that the Tax Court correctly decided the issues in this case and affirm its judgment for the reasons set forth in its opinion.

So ordered.